UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

JESSIE JAMES REZA, individually and as Successor-in-Interest to the Estate of Ruben Paul Contreras, Jr.; and RUBEN CONTRERAS, SR., an individual,

Plaintiffs,

v.

COUNTY OF FRESNO; and Does 1-50, inclusive,

Defendants.

Case No. 1:26-cv-07043-KES-FJS

ORDER GRANTING STIPULATION AND JOINT REQUEST TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE TO PLAINTIFFS' COMPLAINT NUNC PRO TUNC

(ECF No. 7)

Pursuant to the parties' stipulation to continue Defendant County of Fresno's responsive pleading deadline (ECF No. 7), and good cause appearing therefore, it is hereby ORDERED that Defendant's responsive pleading deadline is continued from September 10, 2026, to September 25, 2026.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE